UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Michael J. Gill

    v.                      Civil No. 03-cv-155-JD

Gulfstream Park Racing
Association, Inc., et al.


PROCEDURAL ORDER

The court met with counsel on this date to discuss the future of this case.

Plaintiff's counsel shall notify defense counsel and the court on or before October 4, 2005, whether or not the plaintiff intends to proceed with this litigation.

In the event that the plaintiff indicates that this litigation will proceed, the defendants shall have fifteen days from the date of notification to file a summary judgment motion.

SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

August 4, 2005

cc:  Peter S. Cowan, Esquire
     Wilbur A. Glahn III, Esquire
     Alan R. Hoffman, Esquire
     Jack Kaplan, Esquire
     Arpiar G. Saunders Jr., Esquire